**[J-5-2021]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| TERRENCE E. BABB, M.D. | : | No. 48 MAP 2020 |
| | : | |
| | : | Appeal from the Order of the |
| v. | : | Superior Court dated October 17, |
| | : | 2019 at Nos. 1229 & 1314 MDA |
| | : | 2018 (cross appeals), Reargument |
| GEISINGER CLINIC; PENN STATE | : | Denied December 17, 2019, |
| GEISINGER HEALTH SYSTEM; ROBIN E. | : | Affirming the Judgment Entered on |
| OLIVER, M.D.; AND MICHAEL | : | October 3, 2018 in Centre County |
| CHMIELEWSKI, M.D. | : | Court of Common Pleas, Civil |
| | : | Division, at No. 98-1195. |
| | : | |
| TERRENCE E. BABB, M.D. | : | ARGUED: March 9, 2021 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| GEISINGER CLINIC; GEISINGER HEALTH | : | |
| SYSTEM | : | |
| | : | |
| | : | |
| APPEAL OF: GEISINGER CLINIC | : | |

## ORDER

**PER CURIAM**                                     **DECIDED: November 15, 2021**

**AND NOW,** this 15th day of November, 2021, the appeal is **DISMISSED** as having

been improvidently granted.

Justice Mundy did not participate in the consideration or decision of this matter.